UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

GREAT LAKES INSURANCE SE

        Plaintiff,

                                           CASE NO. 19-CV-23692-JEM

vs.

BRYAN CRABTREE *et al*,

        Defendant.

                                           /

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, GREAT LAKES INSURANCE SE, by and through its undersigned attorneys, and pursuant to the Federal Rules of Civil Procedure files this its Notice of Voluntary Dismissal without Prejudice as to all claims in the instant matter.

October 8, 2019

                                      GOLDMAN & HELLMAN
                                      Attorneys for Plaintiff
                                      8751 W. Broward Boulevard, Suite 404
                                      Fort Lauderdale, FL 33324
                                      Tel (954) 356-0460
                                      Fax (954) 832-0878

                                      By:   /s/ Steven E. Goldman
                                          STEVEN E. GOLDMAN, ESQ.
                                          FLA. BAR NO. 345210

1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing was filed with the clerk of court using the CM/ECF system which will provide an electronic copy to all counsel of record, this 8th day of October 2019,

GOLDMAN & HELLMAN
Attorneys for Plaintiff
8751 W. Broward Boulevard, Suite 404
Fort Lauderdale, FL 33324
Tel (954) 356-0460
Fax (954) 832-0878

By:   /s/ Steven E. Goldman
        STEVEN E. GOLDMAN, ESQ.
        FLA. BAR NO. 345210